# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| DALE SCOTT DAVIES, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:17-cv-15 |
| v. | * | |
| OFFICER COURSON, | * | |
| Defendant. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's May 12, 2017, Report and Recommendation, dkt. no. 15, to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's monetary relief claims under 42 U.S.C. § 1983 against Defendant in his official capacity. Plaintiff's remaining claims against Defendant shall remain pending.

**SO ORDERED**, this 13 day of June, 2017.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)