# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| DALE SCOTT DAVIES, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:17-cv-15 |
| | * | |
| v. | * | |
| | * | |
| JOSHUA COURSON, | * | |
| | * | |
| Defendant. | * | |

### ORDER

Presently before the Court is the Magistrate Judge's August 8, 2018, Report and Recommendation, dkt. no. 41, to which the parties failed to file Objections. After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge and **ADOPTS** the Report and Recommendation as the opinion of the Court. The Court **DENIES** Plaintiff's Motion for Summary Judgment, dkt. no. 26.

**SO ORDERED**, this 4 day of September, 2018.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)